

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:11-CR-00340-R |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER |
| | ) HEARING |
| TRISTRAM JENSVOLD, | ) |
| | ) [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | ) 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his probation; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

\\

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's history of non-compliance with court orders, the prior revocation of his probation, and his lack of ties to the Central District.

And

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on his criminal history and history of past substance abuse and the seriousness of the allegations in this matter.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: May 27, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE